**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**ACESHUNN W. BROWN,**                     :

        **Petitioner**              :      **CIVIL ACTION NO. 3:15-0122**

**v.**                                     :      **(MANNION, D.J.)**
                                        **(SCHWAB, M.J.)**
**WARDEN EBBERT,**                         :

        **Respondent**             :

**O R D E R**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report and recommendation of Judge Schwab, (Doc. 33), is **ADOPTED**;

**(2)**   the petitioner's objections, (Doc. 33), are **OVERRULED**;

**(3)**   the petitioner's habeas petition, (Doc. 1), is **DENIED**;

**(4)**   the petitioner's motion to show cause, (Doc. 24), and his motion for a temporary restraining order and preliminary injunction, (Doc. 26), are **DENIED**;

**(5)**   the petitioner's constitutional claims are **DISMISSED WITHOUT PREJUDICE**; and

**(6)**     the clerk of court is directed to close this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 18, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0122-01-ORDER.wpd